UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

TERRENZ HENDERSON,

            Petitioner,

            vs.

WASHINGTON STATE,

            Respondent.

No. CV-15-0038-LRS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    No objections having been filed within the time allowed, the undersigned hereby adopts the June 3, 2015 "Report And Recommendation To Dismiss Habeas Action" (ECF No. 6) filed by Magistrate Judge James P. Hutton. Petitioner's petition is **DISMISSED with prejudice** for lack of personal jurisdiction over named Respondent, Washington State, and for failure to exhaust available state court remedies.

    **IT IS SO ORDERED**. The District Court Executive is directed to enter Judgment accordingly and forward the Judgment and this order to Petitioner and to Magistrate Judge Hutton. The file shall be **CLOSED**.

    **DATED** this   25th   day of June, 2015.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
Senior United States District Judge

**ORDER ADOPTING REPORT**
**AND RECOMMENDATION-        1**